Ian S. Landsberg, Esq. (SBN 137431)
Brigitte Gomelsky, Esq. (SBN 255717)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Tel: (818) 855-5900
Fax: (818) 855-5910
Email: ilandsberg@landsberg-law.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FRANCISCO PINEDO and ALBA E. PINEDO,<br><br>Debtors and Debtors-In-Possession. | Chapter 11<br>Case No. 2:10-bk-53882-AA<br><br>**Professional Fee Statement**<br><br>Number: 4<br>Month of: January 2011 |

| | |
|---|---|
| 1. Name of Professional: | Landsberg & Associates |
| 2. Date of entry of order approving employment of the professional: | October 12, 2010 |
| 3. Total amount of pre-petition payments received by the professional: | $100,000.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | $10,525.00 |
| 5. Balance of funds remaining on date of filing of petition: | $89,475.00 |
| 6. Total amount of post-petition payments received by the professional: | $0.00 |
| 7. Less: Total amount of all services rendered per prior fee statements: | $44,456.57 |
| 8. Less: Total amount of services and expenses this reporting period: | $10,842.21 ($10,052.50 in fees and $798.72 in costs) |
| 9. Balance of funds remaining for next reporting period: | $34,176.22 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 3 (only to filed copy) |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: February 14, 2011

**Landsberg & Associates**

**A Professional Law Corporation**

By _Brigitte Gomelsky_
Brigitte Gomelsky

Attorneys for the Debtors and Debtors in Possession

2148.002

| In re: Francisco Pinedo and Alba E. Pinedo,<br><br>Debtors and Debtors-In-Possession. | Chapter 11<br><br>Case Number: 2:10-bk-53882-AA |
|---|---|

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**_Landsberg & Associates,  A Professional Law Corporation, 16030 Ventura Boulevard, Suite 470, Encino, CA  91436_**

A true and correct copy of the foregoing document described as **JANUARY 2011 PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 14, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Marc Andrews    sandra.g.mcmasters@wellsfargo.com
- J Sheldon Capeloto    jcapeloto@capelotolaw.com
- John A Farmer    jfarmer@orrick.com
- Jeffery D Hermann    jhermann@orrick.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;
    rbenitez@landsberg-law.com
- Dare Law    dare.law@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served)**:
On February 14, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/2011 | Alexandra Byerly | /s/ Alexandra Byerly |
|---|---|---|
| Date | Type Name | Signature |

2148.002

## SERVICE LIST

*Via U.S. First Class Mail*

Attorney for Office of the United States
Trustee
Dare Law, Esq.
725 S Figueroa St 26th Fl
Los Angeles, CA 90017

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION
255 East Temple Street, Ctrm. 1375
Los Angeles, CA 90012
*Attention: Hon. Alan Ahart's Chamber*

Office of the United States Trustee
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Joint Debtors
Francisco Pinedo and Alba Pinedo
1283 Sherwood Drive
San Marino, CA 91108-1816

*20 Largest Unsecured Creditors*

American Express
P.O. Box 0001
Los Angeles, CA 90096

Bank of America
P.O. Box 301200
Los Angeles, CA 90030

Card Service Center
P.O. Box 5877
Hicksville, NY 11802-5877

FIA Card Service
P.O. Box 15026
Wilmington, DE 19850

Martin Senell
Architecture Firm
P.O. Box 157
Jamestown, NC 27282

Mini Financial Services
BMW Bank of North America
P.O. Box 78066
Phoenix, AZ 85062

Principal Financial Group
111 W. State Street
Mason City, IA 50401

Roberson Haworth and Reese
Highpoint Bank & Trust Company Building
High Point, NC 27261

Smith Moore Leatherwood LLP
525 North Yryon Street, Suite 1400
Charlotte, NC 28202

Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716

Wells Fargo Bank
Attn: All Sanarabia
21680 Gateway Center Drive, 2nd Floor
Diamond Bar, CA 91744

2148.002

### *Creditors Holding Secured Claims*

Bank of America
Attention:  Stuart Bonomo
101 South Marengo Avenue,
3rd Floor
Pasadena, CA  91101

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA  90054

PHH Mortgage
P.O. Box 7151
Pasadena, CA  91109-7151

### *Request for Special Notice*

BMW Bank of North America, Inc.
Department
P.O. Box 201347
Arlington, TX 76006

2148.002