UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Franciso Pinedo, Alba E. Pinedo<br><br><div align="right">Debtor(s).</div> | |
|---|---|
| Case Number: | 2:10-bk53882 |
| Operating Report Number: | 6 |
| For the Month Ending: | 3/31/2011 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 244,262.44

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL _____ 43,007.03
    ACCOUNT REPORTS

3.  BEGINNING BALANCE: _____ 201,255.41

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| Alba E. Pinedo and Francisco Pinedo | | |
| Other (Specify) | Payroll / Advance Checks | 6,583.43 |
| **Other (Specify) | State Tax Refund | |

TOTAL RECEIPTS THIS PERIOD: _____ 6,583.43

5.  BALANCE: _____ 207,838.84

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 48,986.70 |

TOTAL DISBURSEMENTS THIS PERIOD:*** _____ 48,986.70

7.  ENDING BALANCE: _____ 158,852.14

8.  General Account Number(s): _____ 014-566828

Depository Name & Location: _____ Bank of the West
_____ 1800 W Redondo Beach, Gardena, CA 90247

*  All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/7/2011 | 226 | Mini Financial | Mini Financial (7203) | | 480.05 | 480.05 |
| 3/10/2011 | 227 | City of San Marino | Automobile Expense | | 48.00 | 48.00 |
| 3/8/2011 | 228 | So Ca Edison | Utilities | | 431.91 | 431.91 |
| 3/9/2011 | 229 | The Gas Co | Utilities | | 72.30 | 72.30 |
| 3/10/2011 | 230 | Treasures Tax Collec | Property Tax | | 21.64 | 21.64 |
| 3/7/2011 | 231 | St Jude | Donation | | 20.00 | 20.00 |
| 3/14/2011 | 232 | Smile Train | Donation | | 20.00 | 20.00 |
| 3/11/2011 | 233 | Hombre Nuevo | Donation | | 20.00 | 20.00 |
| 3/8/2011 | 234 | Fallbrook Public Util | Utilities | | 20.01 | 20.01 |
| 3/10/2011 | 235 | Mercury Ins | Insurance Expense | | 5.00 | 5.00 |
| 3/7/2011 | 236 | Safeco Ins | Insurance Expense | | 404.00 | 404.00 |
| 3/8/2011 | 237 | First Ins Funding | Insurance Expense | | 361.02 | 361.02 |
| 3/9/2011 | 238 | Pathology Inc | Medical Expense | | 189.00 | 189.00 |
| 3/3/2011 | 239 | A & E Factory Servic | Misc | | 162.57 | 162.57 |
| 3/24/2011 | ATM | APRO #34 | misc | | 30.19 | 30.19 |
| 3/2/2011 | ATM | LEON'S AUTO CAR | misc | | 30.01 | 30.01 |
| 3/11/2011 | 240 | Toyota Financial | Car Loan | | 823.75 | 823.75 |
| 3/15/2011 | 242 | Broadway Advisors | Profesional Services | | 39,725.00 | 39,725.00 |
| 3/21/2011 | 243 | United States Trusted | Trustee Fees | | 325.00 | 325.00 |
| 3/15/2011 | Pay By Ph | MortgageService Cei | Interest Expense | | 4,996.78 | 4,996.78 |
| 3/9/2011 | Pay By Ph | First Ins Funding | Insurance Expense | | 394.07 | 394.07 |
| 3/8/2011 | Pay By Ph | Direct TV | Utilities / Cable | | 127.50 | 127.50 |
| 3/8/2011 | ATM | TRADER JOE'S | Meals & Entertainment | | 55.02 | 55.02 |
| 3/14/2011 | ATM | TRADER JOE'S | Meals & Entertainment | | 40.46 | 40.46 |
| 3/22/2011 | ATM | TRADER JOE'S | Meals & Entertainment | | 36.91 | 36.91 |
| 3/2/2011 | ATM | TRADER JOE'S | Meals & Entertainment | | 28.09 | 28.09 |
| 3/17/2011 | ATM | RALPHS | Meals & Entertainment | | 19.73 | 19.73 |
| 2/28/2011 | ATM | MAUROS CAFE/FR | Meals & Entertainment | | 17.56 | 17.56 |
| 3/25/2011 | ATM | WHOLEFOODS | Meals & Entertainment | | 14.38 | 14.38 |
| 3/22/2011 | ATM | NICOLE'S GOURM | Meals & Entertainment | | 12.01 | 12.01 |
| 2/28/2011 | ATM | EURO PANE BAKE | Meals & Entertainment | | 11.47 | 11.47 |
| 3/2/2011 | ATM | SWEET & SAVORY | Meals & Entertainment | | 10.48 | 10.48 |
| 3/21/2011 | ATM | GOLDEN DELI VIE | Meals & Entertainment | | 9.40 | 9.40 |
| 3/23/2011 | ATM | TRADER JOE'S | Meals & Entertainment | | 8.18 | 8.18 |
| 3/2/2011 | ATM | WHOLEFOODS | Meals & Entertainment | | 5.93 | 5.93 |
| 3/18/2011 | ATM | FRESH & EASY | Meals & Entertainment | | 3.78 | 3.78 |
| 3/1/2011 | ATM | STARBUCKS | Meals & Entertainment | | 3.55 | 3.55 |
| 3/18/2011 | ATM | STARBUCKS | Meals & Entertainment | | 1.95 | 1.95 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | Alba E. Pinedo and Francisco Pinedo | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 48,986.70 | $48,986.70 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/25/2011_____ Balance on Statement: $158,852.14

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $158,852.14

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
   (Transferred from General Account)     _____

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. PAYROLL Account Number(s):     NONE

   Depository Name & Location:
   Alba E. Pinedo and Francisco Pinedo

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____     Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0 |

4. RECEIPTS DURING CURRENT PERIOD:
   (Transferred from General Account)     _____

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s):     NONE _____

    Depository Name & Location:     _____
    Alba E. Pinedo and Francisco Pinedo     _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL DISBURSEMENTS THIS PERIOD:** | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____        Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:        0.00

Bank statement Adjustments:        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:        $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### D. (BANK OF AMERICA - CHECKING ACCOUNT)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 14,130.45 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 14,130.45 |
| 3.  BEGINNING BALANCE: | 0 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | |
| 5.  BALANCE: | 0.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7.  ENDING BALANCE: | 0.00 |
| 8. TAX Account Number(s): | 03709-07077; Closed |
| Depository Name & Location: | Bank of America |
| Alba E. Pinedo and Francisco Pinedo | San Francisco, CA |

TOTAL DISBURSEMENTS FROM BANK OF AMERICA CHECKING FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

## BANK OF AMERICA - CHECKING ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT ............................................................ 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: ........................................................ 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: ........................................................... $0.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### E. (WELLS FARGO - SAVINGS ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          100.01

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          100.01
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          0

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:          0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7.  ENDING BALANCE:          0.00

8.  TAX Account Number(s):          7810505888; Closed

    Depository Name & Location:          Wells Fargo Bank
    Alba E. Pinedo and Francisco Pinedo          California

TOTAL DISBURSEMENTS FROM WELLS FARGO SAVINGS ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

## WELLS FARGO - SAVINGS ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                               | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### F. (WELLS FARGO - CHECKING ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS _____ 200,157.31

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS _____ 200,157.31

3. BEGINNING BALANCE: 0

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account) _____

5. BALANCE: 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:*** 0.00

7. ENDING BALANCE: 0.00

8. TAX Account Number(s):          6249088722; Closed _____

   Depository Name & Location:      Wells Fargo Bank _____
   Alba E. Pinedo and Francisco Pinedo   California _____

TOTAL DISBURSEMENTS FROM WELLS FARGO CHECKING FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

## WELLS FARGO - CHECKING ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____      Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### G. (BANK OF THE WEST - CHECKING ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS [1]                    80,811.09

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS                                                                264.09

3. BEGINNING BALANCE:                                                       80,547.00

4. RECEIPTS DURING CURRENT PERIOD:                                          11,727.50
   (Transferred from General Account)

5. BALANCE:                                                                 92,274.50

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***                                           0.00

7. ENDING BALANCE:                                                          92,274.50

8. TAX Account Number(s):                   014-631671

   Depository Name & Location:              Bank of the West
   Alba E. Pinedo and Francisco Pinedo      1800 W Redondo Beach, Gardena, CA 90247

(1) Includes $4,758 in Transfers from Acct No  -6828 and Rental Income

TOTAL DISBURSEMENTS FROM BANK OF THE WEST CHECKING FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Alba E. Pinedo and Francisco Pinedo | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## BANK OF THE WEST - CHECKING ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/25/2011_   Balance on Statement: _____$92,274.50

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Alba E. Pinedo and Francisco Pinedo | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $92,274.50 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---|
| | General Account: | 158,852.14 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | Bank of America Account -7077 (Closed) | |
| | Wells Faro Bank Account -0588 (Closed) | |
| | Wells Faro Bank Account -8722 (Closed) | |
| | Bank of the West Account -1671 | 92,274.50 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: | 251,126.64 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | Alba E. Pinedo and Francisco Pinedo | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS: | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Bank of America (Acct No. 590-26) | Monthly | 20,000.00 | 6 | 2,615,666.00 |
| Bank of America (Acct No. 590-34) | Monthly | 20,000.00 | 6 | 2,782,624.00 |
| Bank of America (Acct No. 608-26) | Monthly | 20,000.00 | 6 | 2,598,847.00 |
| Bank of America (Acct No. N/A) | Monthly | N/A | 6 | 1,030,333.00 |
| Evan Cole (Acct No. N/A) | Monthly | 1,166.67 | 6 | 200,000.00 |
| Los Angeles County Tax Collector (5955-5959 Western) | Semi-Annual | 95,403.54 | 2 | 95,403.54 |
| Los Angeles County Tax Collector (5931-5941 Western) | Semi-Annual | 96,864.37 | 2 | 96,864.37 |
| Guilford County Tax | Monthly | 15,708.00 | 2 | 15,708.00 |
| Mini Financial Services (Acct No. -7203) | Monthly | 480.05 | 0 | 20,916.17 |
| PHH Mortgage (Acct No. -8302) | Monthly | 4,984.28 | 0 | 984,000.00 |
| Toyota Financial Services (Acct No. -8760) | Monthly | 549.03 | 0 | 11,842.00 |
| Wells Fargo Bank (Acct No. -2-3-18) | Monthly | 9,228.00 | 6 | 1,783,780.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Alba E. Pinedo and Francisco Pinedo | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  | TOTAL DUE: | 12,235,984.08 |
|---|---|---|---|---|

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Home/Building | Safeco | 1,313,820.00 | 8/31/2011 | 8/31/2011 |
| Vehicle | Allstate | 1,150,000.00 | 4/23/2011 | 4/23/2011 |
| Others:    Vehicle | Mercury | 800,000.00 | 4/8/2011 | 4/8/2011 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)
Alba E. Pinedo and Francisco Pinedo

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2010 | 30,756.81 | 650.00 | 29-Nov-2010 | 325.00 | 325.00 |
|  |  |  | 21-Dec-2010 | 325.00 | 0.00 |
|  |  |  | 15-Jan-2011 | 325.00 | (325.00) |
|  |  |  | 7-Feb-2011 | 325.00 | (650.00) |
| 31-Mar-2011 | 73,230.36 | 653.00 | 21-Mar-2011 | 325.00 | 328.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 1,303.00 |  | 1,625.00 | (322.00) |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

### VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | 0.00 | 0.00 |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| Other Operating Income (Itemize) |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Alba E. Pinedo and Francisco Pinedo | - | 305.68 |
| Depreciation and Amortization | - |  |
| Rent Expense - Real Property | - |  |
| Lease Expense - Personal Property | - |  |
| Insurance | 1,164.09 | 4,855.19 |
| Real Property Taxes | 21.64 | 21.64 |
| Telephone and Utilities | 651.72 | 5,025.68 |
| Repairs and Maintenance | - | 832.45 |
| Travel and Entertainment (Itemize) | 278.90 | 558.07 |
| Miscellaneous Operating Expenses (Itemize) | - | 4,245.77 |
| Total Operating Expenses | 2,116.35 | 15,844.48 |
| Net Gain/(Loss) from Operations | (2,116.35) | (15,844.48) |
| Non-Operating Income: |  |  |
| Interest Income | - | 57.33 |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) | 11,727.50 | 125,141.73 |
| Total Non-Operating income | 11,727.50 | 125,199.06 |
| Non-Operating Expenses: |  |  |
| Interest Expense | 4,996.78 | 19,949.62 |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses | 4,996.78 | 19,949.62 |
| NET INCOME/(LOSS) | 4,614.37 | 89,404.96 |

(Attach exhibit listing all itemizations required above)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Other Taxes Itemized |  |  |
|    Federal Tax Withheld | - | 8.75 |
|    Property Tax | - | 296.93 |
|  |  |  |
| Total Other Taxes (Itemized) | - | 305.68 |
|  |  |  |
| Travel and Entertainment (Itemized) |  |  |
|    Meals | - | 102.88 |
|  |  |  |
| Total Travel and Entertainment (Itemized) | - | 102.88 |
| Miscellaneous Operating Expenses (Itemized) |  |  |
|    Auto Expense | 48.00 | 851.00 |
|    Bank Charges | - | 73.97 |
|    Donations | 60.00 | 140.00 |
|    Medical Expenses | 189.00 | 643.03 |
|    Miscellaneous | 222.77 | 1,757.54 |
|    Office of US Trustee Fees | 325.00 | 1,625.00 |
|    Broadway Advisors | 39,725.00 | 39,725.00 |
|    Alba E. Pinedo and Francisco Pinedo |  |  |
| Total Miscellaneous Operating Expenses (Itemized) | 40,569.77 | 44,815.54 |
| Non-Operating Income: |  |  |
|    Other (Itemize) |  |  |
|      Payroll / Advances | 6,583.43 | 42,837.66 |
|      Rental Income | 11,727.50 | 88,887.50 |
|    Total Other (Itemize) |  |  |
| Non-Operating Income: Other (Itemized) | 18,310.93 | 131,725.16 |

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 281,802.41 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 176,400.40 | |
| Total Current Assets | | 458,202.81 |
| | | |
| Property, Plant, and Equipment | 13,750,000.00 | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 13,750,000.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| TC Alba E. Pinedo and Francisco Pinedo | | 14,208,202.81 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 12,209,033.17 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 138,809.31 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 12,347,842.48 |
| TOTAL LIABILITIES | | 12,347,842.48 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 1,776,339.68 | |
| Post-petition Profit/(Loss) | 89,404.96 | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 1,865,744.64 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 14,213,587.12 |

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End |
|---|---|
| Other (Itemized) [1] | |
| Miscellaneous household goods, furnishings, electronics, etc. | 10,000.00 |
| Miscellaneous cothing and shoes | 2,500.00 |
| Miscellaneous jewelry | 3,000.00 |
| Bank of America IRA Account 5619 | 3,003.25 |
| 401(k) Merrill Lynch - Francisco Pinedo | 10,001.00 |
| 401(k) Princeipal Financial Group - Francisco Pinedo | 49,739.15 |
| 401(k) Merrill Lynch - Alba Pinedo | 10,009.00 |
| 401(k) Princeipal Financial Group - Alba Pinedo | 47,548.00 |
| 2007 Mini Cooper S | 15,150.00 |
| 2007 Toyota Camry Hyrbrid | 11,550.00 |
| 2005 Toyota Prius | 6,700.00 |
| 2005 Toyota Prius | 7,200.00 |
| Total Other (Itemize) | 176,400.40 |
| Property, Plant and Equipment [2] | |
| Commercial Building - 1933 W 60th St | 4,000,000.00 |
| Commercial Building - 5955-5959 Western Ave | 4,000,000.00 |
| Alb Commercial Building - 5931-5941 Western Ave | 3,000,000.00 |
| Single Family Residence - 283 Sherwood Rd | 2,100,000.00 |
| Vacant Lot - 2515 Doville Ranch Rd | 250,000.00 |
| Commercial Building - 1014 Mill Ave | 400,000.00 |
| Total Property, Plant and Equipment | 13,750,000.00 |
| LIABILITIES | |
| Pre-petition Liabilities | |
| Bank of America (Acct No. 590-26) | 2,615,666.00 |
| Bank of America (Acct No. 590-34) | 2,782,624.00 |
| Bank of America (Acct No. 608-26) | 2,598,847.00 |
| Bank of America (Acct No. N/A) | 1,030,333.00 |
| Evan Cole (Acct N. N/A) | 200,000.00 |
| Los Angeles County Tax Collector (5955-5959 Western) | 95,403.54 |
| Los Angeles County Tax Collector (5931-5941 Western) | 96,864.37 |
| Mini Financial Services (Acct No. -7203) | 20,190.85 |
| PHH Mortgage (Acct No. -8302) | 974,031.44 |
| Toyota Financial Services (Acct No. -8760) | 11,292.97 |
| Wells Fargo Bank (Acct No. -2-3-18) | 1,783,780.00 |
| Total Other (Itemize) | 12,209,033.17 |

**Notes:**

(1) Schedule B - Personal Property (for those with a stated value)
(2) Schedule A - Real Property

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

   No    Yes    X    ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

   No    Yes    X    ___

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

   No    Yes    X    ___

I, Alba E. Pinedo and Francisco Pinedo
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.



# BANK OF THE WEST ®

## STATEMENT

PAGE    1 OF    1

GARDENA OFFICE                00775
1800 W REDONDO BEACH
GARDENA CA 90247 800-488-2265

STATEMENT PERIOD
02/26/11 THROUGH 03/25/11

ALBA E PINEDO
FRANCISCO PINEDO
DEBTOR-IN-POSSESSION (2:10-BK 53882-AA)
1283 SHERWOOD RD
SAN MARINO CA  91108 1816

014-631671            0 ITEMS ENCLOSED

---

SPECIAL OFFER: KEEP MORE MONEY IN YOUR POCKET AT TAX TIME
WITH A DISCOUNT OF UP TO 25% OFF TURBOTAX FEDERAL PRODUCTS.
TO LEARN MORE, VISIT WWW.BANKOFTHEWEST.COM/TURBOTAX.HTML.

---

FREE CHECKING ACCOUNT NUMBER 014-631671

| | | | |
|---|---|---|---|
| BEGINNING BALANCE | 80,547.00 | AVERAGE DAILY BALANCE | 83,897.00 |
| 1 DEPOSITS | 11,727.50 | LOW BALANCE | 80,547.00 |
| 0 CREDITS | 0.00 | YEAR-TO-DATE INTEREST PAID | 0.00 |
| 0 WITHDRAWALS | 0.00 | YEAR-TO-DATE TAX WITHHELD | 0.00 |
| 0 CHECKS | 0.00 | ANNUAL PERCENTAGE YIELD EARNED | 0.00 |
| ENDING BALANCE | 92,274.50 | INTEREST ACCRUED THIS STATEMENT | 0.00 |

DEPOSITS

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/18 | 11,727.50 | | | | |



RECYCLABLE  EQUAL HOUSING LENDER

For Your Protection: Please examine this statement and report any discrepancy within **30** days.    **MEMBER FDIC**

# BANK OF THE WEST®

# STATEMENT

PAGE      1 OF    2

GARDENA OFFICE                           00775
1800 W REDONDO BEACH
GARDENA CA 90247 800-488-2265

STATEMENT PERIOD
02/26/11 THROUGH 03/25/11

ALBA E PINEDO
FRANCISCO PINEDO
DEBTOR-IN-POSSESSION (2:10-BK-53882-AA)
1283 SHERWOOD RD
SAN MARINO CA  91108 1816

014-566828           0 ITEMS ENCLOSED

--------------------------------------------------------------------------------
SPECIAL OFFER: KEEP MORE MONEY IN YOUR POCKET AT TAX TIME
WITH A DISCOUNT OF UP TO 25% OFF TURBOTAX FEDERAL PRODUCTS.
TO LEARN MORE, VISIT WWW.BANKOFTHEWEST.COM/TURBOTAX.HTML.
--------------------------------------------------------------------------------

## FREE CHECKING ACCOUNT NUMBER 014-566828

| | | | |
|---|---|---|---|
| BEGINNING BALANCE | 201,255.41 | AVERAGE DAILY BALANCE | 184,359.00 |
| 2 DEPOSITS | 6,583.43 | LOW BALANCE | 156,266.13 |
| 0 CREDITS | 0.00 | YEAR-TO-DATE INTEREST PAID | 0.00 |
| 24 WITHDRAWALS | 6,841.71 | YEAR-TO-DATE TAX WITHHELD | 0.00 |
| 14 CHECKS | 42,144.99 | ANNUAL PERCENTAGE YIELD EARNED | 0.00 |
| ENDING BALANCE | 158,852.14 | INTEREST ACCRUED THIS STATEMENT | 0.00 |

> 48986.70

## DEPOSITS

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/08 | 3,555.62 | 03/18 | 3,027.81 | | |

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 02/28 | 17.56 | DEBIT CARD POS | MAUROS CAFE/FRED SEGAL | LOS ANGELES | CA ON | 110228 |
| 02/28 | 11.47 | DEBIT CARD POS | EURO PANE BAKERY     QPS | PASADENA | CA ON | 110228 |
| 03/01 | 3.55 | DEBIT CARD POS | STARBUCKS USA 00006106 | SAN MARINO | CA ON | 110301 |
| 03/02 | 30.01 | DEBIT CARD POS | LEON'S AUTO CARE | SAN MARINO | CA ON | 110302 |
| 03/02 | 28.09 | DEBIT CARD POS | TRADER JOE'S #179   QPS | PASADENA | CA ON | 110302 |
| 03/02 | 10.48 | DEBIT CARD POS | SWEET & SAVORY SM   QPS | SAN MARINO | CA ON | 110302 |
| 03/02 | 5.93 | DEBIT CARD POS | WHOLEFDS ARR 10237 QPS | PASADENA | CA ON | 110302 |
| 03/07 | 480.05 | CONV ELECTRONIC CK | BMW Fin Svc      CHECK PYMT 030711 00226 | | | ARC |
| 03/08 | 127.50 | POS PURCHASE | 320130        DTV DIRECTV SERVI SEGUNDO | CA | | |
| 03/08 | 55.02 | DEBIT CARD POS | TRADER JOE'S #179   QPS | PASADENA | CA ON | 110308 |
| 03/08 | 431.91 | CONV ELECTRONIC CK | SO CAL EDISON    MAILED PMT 030711 228 | | | ARC |
| 03/09 | 394.07 | ELECTRONIC DBT | FIRST INSURANCE  WUSPCUSTDR 030811 | | | WEB |
| 03/09 | 72.30 | CONV ELECTRONIC CK | SOCALGAS        ARC PYMT  030911 0229 | | | ARC |
| 03/14 | 40.46 | DEBIT CARD POS | TRADER JOE'S #179   QPS | PASADENA | CA ON | 110314 |
| 03/15 | 4,996.78 | ELECTRONIC DBT | Mortgage Svc Ctr Mortgage   031411 | | | PPD |
| 03/17 | 19.73 | DEBIT CARD POS | RALPHS #0021        QPS | SOUTH PASADEN | CA ON | 110317 |
| 03/18 | 3.78 | DEBIT CARD POS | FRESH & EASY #1312 QPS | PASADENA | CA ON | 110318 |
| 03/18 | 1.95 | DEBIT CARD POS | STARBUCKS USA 00006106 | SAN MARINO | CA ON | 110318 |
| 03/21 | 9.40 | DEBIT CARD POS | GOLDEN DELI VIETNAMQPS | SAN GABRIEL | CA ON | 110321 |
| 03/22 | 36.91 | DEBIT CARD POS | TRADER JOE'S #179   QPS | PASADENA | CA ON | 110322 |
| 03/22 | 12.01 | DEBIT CARD POS | NICOLE'S GOURMET FOODS | SOUTH PASADEN | CA ON | 110322 |
| 03/23 | 8.18 | DEBIT CARD POS | TRADER JOE'S #179   QPS | PASADENA | CA ON | 110323 |
| 03/24 | 30.19 | DEBIT CARD POS | APRO #34 | ALHAMBRA | CA ON | 110324 |
| 03/25 | 14.38 | DEBIT CARD POS | WHOLEFDS ARR 10237 QPS | PASADENA | CA ON | 110325 |

## CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 227e | 03/10 | 48.00 | 232e | 03/14 | 20.00 | 235e | 03/10 | 5.00 |
| 230e* | 03/10 | 21.64 | 233e | 03/11 | 20.00 | 236e | 03/07 | 404.00 |
| 231e | 03/07 | 20.00 | 234e | 03/08 | 20.01 | 237e | 03/08 | 361.02 |




RECYCLABLE   EQUAL HOUSING LENDER

**For Your Protection:** Please examine this statement and report any discrepancy within **30** days.      **MEMBER FDIC**

# BANK OF THE WEST

GARDENA OFFICE                          00775                    PAGE      2 OF    2
1800 W REDONDO BEACH
GARDENA CA 90247 800-488-2265

                                                        STATEMENT PERIOD
        ALBA E PINEDO                                   02/26/11 THROUGH 03/25/11


        014-566828

------------------------------------------------------------------------------------
 e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS

CHECKS
NUMBER..DATE.........AMOUNT     NUMBER..DATE.........AMOUNT     NUMBER..DATE.........AMOUNT
   238e 03/09        189.00       240e 03/11        823.75        243e 03/21        325.00
   239e 03/03        162.57       242e*03/15      39,725.00
 e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS